UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY WORLEY, a/k/a ARYANA WORLEY,

          Plaintiff,

v.

STEVE HAMMOND, et al.,

          Defendants.

Case No. 3:17-cv-05497-RJB-TLF

REPORT AND RECOMMENDATION

Noted for February 9, 2018

Before the Court is Plaintiff's voluntary motion to dismiss. Dkt. 27. Defendants do not oppose the motion. Dkt. 28. Accordingly, the undersigned recommends that Worley's motion be granted and the case dismissed without prejudice. Fed. R. Civ. P. § 41(a)(2).

**WRITTEN OBJECTIONS**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report and Recommendation to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **February 9, 2018**, as noted in the caption.

ORDER - 1

1   Dated this 26th day of January, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER - 2