1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LARRY WORLEY, a/k/a ARYANA WORLEY,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>STEVE HAMMOND, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 17-5497 RJB-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER comes before the Court on the Report and Recommendation of U.S. Magistrate Theresa L. Fricke. Dkt. 29. The Court has considered the Report and Recommendations, objections, if any, and the remaining file.

The Report and Recommendation (Dkt. 29) should be adopted for the reasons provided therein.

It is **ORDERED** that:

- The Report and Recommendation (Dkt. 29) **IS ADOPTED**; and

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

- The case **IS DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Theresa L. Fricke, all counsel of record, and to any party appearing *pro se* at said party's last known address.

Dated this 12th day of February, 2018.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge